LEVIAN LAW
Kevin Levian
1875 Century Park East, Suite 1025
Los Angeles, California  90067
P:(310)277-7577
F: (310) 277-7377
www.levianlaw.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Delta Air Lines Inc.<br><br>SASHA MARTIN, an Individual;<br>J.T.S.M., A Minor, by and<br>through his Guardian Ad Litem<br>SASHA MARTIN;<br>J.L.R.M., a Minor, by and<br>through her Guardian Ad Litem<br>SASHA MARTIN;<br>L.S.C.M., a Minor, by and<br>through her Guardian Ad Litem<br>SASHA MARTIN;<br>J.J.M., a Minor, by and through<br>his Guardian Ad Litem SASHA<br>MARTIN,<br><br>   Plaintiffs,<br>  v.<br><br>DELTA AIR LINES INC.,<br>et al.,<br><br>   Defendants | Lead Case No.:<br>LA CV20-00786 JAK (SKx)<br><br>**FIRST APPEARANCE OF<br>PARTIES AND**<br><br>**NOTICE OF ADOPTION OF<br>MASTER COMPLAINT<br>(INDIVIDUAL PLAINTIFFS)**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to the Court's Case Management Order No. 2, the Plaintiffs listed in the Notice of Adoption/Amendment filed concurrently herewith are:

    **X** "Future Cases" as defined by Case Management Order 2 and hereby provide Notice to the Clerk of their obligation to pay a new filing fee as required by Case Management Order #2.

Plaintiff 1, Sasha Martin, is concurrently filing a petition with this court to be appointed Guardian Ad Litem for Plaintiffs 2, 3, 4, and 5, her minor children.

Dated: May 23, 2022         LEVIAN LAW

By: _____

Kevin Levian

Attorney for Plaintiffs

## IDENTIFICATION OF ADOPTING PLAINTIFFS:

**1.** Sasha Martin;

**2.** J. T.S.M., a Minor,

    ☒ By and through his proposed Guardian ad Litem, Sasha Martin;

**3.** J. L.R.M., a Minor,

    ☒ By and through her proposed Guardian ad Litem, Sasha Martin;

**4.** L. S.C.M., a Minor,

    ☒ By and through her proposed Guardian ad Litem, Sasha Martin;

**5.** J. J.N., a Minor,

    ☒ By and through his proposed Guardian ad Litem, Sasha Martin.

**FACTUAL ALLEGATIONS**

**LISTED PLAINTIFF 1:  SASHA MARTIN - NOTICE OF ADOPTION OF MASTER COMPLAINT**

Plaintiff refers to and incorporates herein by reference the Master Complaint filed on November 16, 2020, on behalf of Individual Plaintiffs in In re: Delta Airlines CASE NO. LA CV20-00786 JAK (SKx), as though fully set forth herein.  Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings.

**CAUSES OF ACTION**

Plaintiff incorporates by reference each of the causes of action in the Master Complaint checked below against all those Defendants indicated above:

☒ First Cause of Action – Negligence

☒ Second Cause of Action – Negligent Infliction of Emotional Distress

☒ Third Cause of Action – Intentional Infliction of Emotional Distress

☒ Fourth Cause of Action – Strict Liability for Ultrahazardous Activities

☒ Fifth Cause of Action – Public Nuisance

☒ Sixth Cause of Action – Negligent Hiring, Supervision, Training, and/ or Retention

☒ Seventh Cause of Action – Battery

**PRAYER FOR RELIEF PURSUANT TO THE MASTER COMPLAINT**

☒ General Damages according to proof;

☒ Medical Expenses;

☒ Special Damages;

☒ Emotional Distress and Pain and Suffering;

☒ Past and Future Damages;

☒ Punitive and Exemplary Damages (COA's 3, 4, 5, and 7);

☒ All costs of suit;

☒ Prejudgment interest;

☒ For such other and further relief as the Court shall deem just and proper.

**LISTED PLAINTIFF 2:  J.T.S.M., a Minor, by and through his Guardian Ad Litem SASHA MARTIN - NOTICE OF ADOPTION OF MASTER COMPLAINT**

Plaintiff refers to and incorporates herein by reference the Master Complaint filed on November 16, 2020, on behalf of Individual Plaintiffs in In re: Delta Airlines CASE NO. LA CV20-00786 JAK (SKx), as though fully set forth herein.  Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings.

**CAUSES OF ACTION**

Plaintiff incorporates by reference each of the causes of action in the Master Complaint checked below against all those Defendants indicated above:

- [X] First Cause of Action – Negligence
- [X] Second Cause of Action – Negligent Infliction of Emotional Distress
- [X] Third Cause of Action – Intentional Infliction of Emotional Distress
- [X] Fourth Cause of Action – Strict Liability for Ultrahazardous Activities
- [X] Fifth Cause of Action – Public Nuisance
- [X] Sixth Cause of Action – Negligent Hiring, Supervision, Training, and/or Retention
- [X] Seventh Cause of Action – Battery

**PRAYER FOR RELIEF PURSUANT TO THE MASTER COMPLAINT**

- [X] General Damages according to proof;
- [X] Medical Expenses;
- [X] Special Damages;
- [X] Emotional Distress and Pain and Suffering;
- [X] Past and Future Damages;
- [X] Punitive and Exemplary Damages (COA's 3, 4, 5, and 7);
- [X] All costs of suit;
- [X] Prejudgment interest;
- [X] For such other and further relief as the Court shall deem just and proper.

**LISTED PLAINTIFF 3:  J.L.R.M., a Minor, by and through her Guardian Ad Litem SASHA MARTIN - NOTICE OF ADOPTION OF MASTER COMPLAINT**

   Plaintiff refers to and incorporates herein by reference the Master Complaint filed on November 16, 2020, on behalf of Individual Plaintiffs in In re: Delta Airlines CASE NO. LA CV20-00786 JAK (SKx), as though fully set forth herein.  Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings.

**CAUSES OF ACTION**

Plaintiff incorporates by reference each of the causes of action in the Master Complaint checked below against all those Defendants indicated above:

- [x] First Cause of Action – Negligence
- [x] Second Cause of Action – Negligent Infliction of Emotional Distress
- [x] Third Cause of Action – Intentional Infliction of Emotional Distress
- [x] Fourth Cause of Action – Strict Liability for Ultrahazardous Activities
- [x] Fifth Cause of Action – Public Nuisance
- [x] Sixth Cause of Action – Negligent Hiring, Supervision, Training, and/ or Retention
- [x] Seventh Cause of Action – Battery

**PRAYER FOR RELIEF PURSUANT TO THE MASTER COMPLAINT**

- [x] General Damages according to proof;
- [x] Medical Expenses;
- [x] Special Damages;
- [x] Emotional Distress and Pain and Suffering;
- [x] Past and Future Damages;
- [x] Punitive and Exemplary Damages (COA's 3, 4, 5, and 7);
- [x] All costs of suit;
- [x] Prejudgment interest;
- [x] For such other and further relief as the Court shall deem just and proper.

**LISTED PLAINTIFF 4:  L.S.C.M., a Minor, by and through her Guardian Ad Litem SASHA MARTIN - NOTICE OF ADOPTION OF MASTER COMPLAINT**

Plaintiff refers to and incorporates herein by reference the Master Complaint filed on November 16, 2020, on behalf of Individual Plaintiffs in In re: Delta Airlines CASE NO. LA CV20-00786 JAK (SKx), as though fully set forth herein.  Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings.

### CAUSES OF ACTION

Plaintiff incorporates by reference each of the causes of action in the Master Complaint checked below against all those Defendants indicated above:

- [X] First Cause of Action – Negligence
- [X] Second Cause of Action – Negligent Infliction of Emotional Distress
- [X] Third Cause of Action – Intentional Infliction of Emotional Distress
- [X] Fourth Cause of Action – Strict Liability for Ultrahazardous Activities
- [X] Fifth Cause of Action – Public Nuisance
- [X] Sixth Cause of Action – Negligent Hiring, Supervision, Training, and/ or Retention
- [X] Seventh Cause of Action – Battery

### PRAYER FOR RELIEF PURSUANT TO THE MASTER COMPLAINT

- [X] General Damages according to proof;
- [X] Medical Expenses;
- [X] Special Damages;
- [X] Emotional Distress and Pain and Suffering;
- [X] Past and Future Damages;
- [X] Punitive and Exemplary Damages (COA's 3, 4, 5, and 7);
- [X] All costs of suit;
- [X] Prejudgment interest;
- [X] For such other and further relief as the Court shall deem just and proper.

**LISTED PLAINTIFF 5:  J.J.M., a Minor, by and through his Guardian Ad Litem SASHA MARTIN - NOTICE OF ADOPTION OF MASTER COMPLAINT**

Plaintiff refers to and incorporates herein by reference the Master Complaint filed on November 16, 2020, on behalf of Individual Plaintiffs in In re: Delta Airlines CASE NO. LA CV20-00786 JAK (SKx), as though fully set forth herein.  Plaintiff hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings.

## CAUSES OF ACTION

Plaintiff incorporates by reference each of the causes of action in the Master Complaint checked below against all those Defendants indicated above:

- [X] First Cause of Action – Negligence
- [X] Second Cause of Action – Negligent Infliction of Emotional Distress
- [X] Third Cause of Action – Intentional Infliction of Emotional Distress
- [X] Fourth Cause of Action – Strict Liability for Ultrahazardous Activities
- [X] Fifth Cause of Action – Public Nuisance
- [X] Sixth Cause of Action – Negligent Hiring, Supervision, Training, and/ or Retention
- [X] Seventh Cause of Action – Battery

**PRAYER FOR RELIEF PURSUANT TO THE MASTER COMPLAINT**

- [X] General Damages according to proof;
- [X] Medical Expenses;
- [X] Special Damages;
- [X] Emotional Distress and Pain and Suffering;
- [X] Past and Future Damages;
- [X] Punitive and Exemplary Damages (COA's 3, 4, 5, and 7);
- [X] All costs of suit;
- [X] Prejudgment interest;
- [X] For such other and further relief as the Court shall deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury.


Dated: May 23, 2022          LEVIAN LAW


By: _____

                 Kevin Levian
                 Attorney for Plaintiffs