JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA MARTIN, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>DELTA AIRLINES INC.,<br><br>            Defendant. | Case No. 2:22-cv-03594-FLA (GJSx)<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**<br>**[DKT. 14]** |

On September 14, 2022, the court ordered Plaintiffs to show cause in writing by September 22, 2022 ("OSC"), why the action should not be dismissed for lack of prosecution. Dkt. 14. Plaintiffs did not file a response. Accordingly, the court DISMISSES this action without prejudice. The OSC is DISCHARGED.

IT IS SO ORDERED.

Dated: October 3, 2022

                                              FERNANDO L. AENLLE-ROCHA
                                              United States District Judge